UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No.: _____

SEBASTIAN CIL, CARLOS MARTIN GOMEZ, LIS IVANA GIGLIO, and other similarly situated individuals,

    Plaintiffs,

v.

DJT MIAMI CORP. d/b/a Chimychurry Grill and JACQUELINE SCHVARZER,

    Defendants.

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. § 1446, Defendants, DJT MIAMI CORP. d/b/a Chimychurry Grill and JACQUELINE SCHVARZER ("Defendants"), hereby invoke the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441, and state the following grounds for removal of this case from the Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1.    This Court has original jurisdiction over this action because it involves a claim alleging violation of federal law.

### TIMELINESS OF REMOVAL

2.    On February 2, 2017, Plaintiffs, SEBASTIAN CIL, CARLOS MARTIN GOMEZ and LIS IVANA GIGLIO ("Plaintiffs") commenced a civil action against Defendants by filing a Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County,

Florida, Case No. 2017-002654-CA-01. A true and correct copy of the Complaint is attached as **Exhibit "A."**

3. Plaintiffs served Defendants with the Complaint on or about February 22, 2017.

4. Defendants have not served any answer or responsive pleading to Plaintiffs' Complaint or made any appearance or argument before the Circuit Court in this matter.

5. This Notice is filed with this Court within thirty (30) days after Defendants received a copy of the Complaint upon which this action is based, and before any proceedings were had thereupon in the Circuit Court. This removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders which have been served upon Defendants are attached hereto as **Exhibit "A."**

7. A removal is not proper unless "all defendants who have been properly joined and served . . . consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Defendants, DJT MIAMI CORP. d/b/a Chimychurry Grill and JACQUELINE SCHVARZER, both consent and agree to the removal of this action to federal court and will be filing a Notice of Consent to Removal through their counsel.

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide promptly written notice of the removal to all adverse parties in this action.

FEDERAL QUESTION JURISDICTION

9. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Plaintiffs allege in their Complaint violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. *See* Complaint, Counts I-II (Wage and Hour Federal Statutory Violations).

VENUE

10. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

11. Defendants submit this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiffs or conceding that Plaintiffs have pleaded claims upon which relief can be granted.

12. Contemporaneously with this filing, Defendants are also filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the Notification of Removal is attached as **Exhibit "B."**

**WHEREFORE**, Defendants, DJT MIAMI CORP. d/b/a Chimychurry Grill and JACQUELINE SCHVARZER, respectfully request this action be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Dated: March 13, 2017.

Respectfully submitted,

**s/R. Martin Saenz**
R. Martin Saenz (FBN: 0640166)
E-mail: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **R. Martin Saenz**

## SERVICE LIST

### Cil v. DJT Miami Corp.
### United States District Court, Southern District of Florida

| | |
|---|---|
| R. Martin Saenz | **Jason Remer** |
| E-Mail: msaenz@saenzanderson.com | Remer & Georges-Pierre, PLLC |
| SAENZ & ANDERSON, PLLC | Court House Tower |
| 20900 N.E. 30th Avenue, Suite 800 | 44 West Flagler Street |
| Aventura, Florida 33180 | Suite 2200 |
| Telephone: (305) 503-5131 | Miami, FL 33130 |
| Facsimile: (888) 270-5549 | 305-416-5000 |
| *Counsel for Defendants* | Fax: 305-416-5005 |
| | Email: jremer@rgpattorneys.com |
| | *Attorney for Plaintiffs* |